UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RONALD WAYNE ELSCOTT,**

    **Plaintiff,**

**v.**	**Case No. 3:13cv27/RV/CJK**

**JAY D. WILLIAMS, III, et al.,**

    **Defendants.**
    _____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 22, 2014 (doc. 15). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto (doc.16), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	The plaintiff's claims are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3.	The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of June, 2014.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**